LeFever v. Lower Salford Twp.
Auth. ..................... 1251CD16  05/31/2017  Montgomery County     Affirmed
                                                 No. 2011-19351

Doerfler v. WCAB (Winegardner
& Hammons Inc.)........... 1550CD16  05/31/2017  Workers'              Affirmed
                                                 Compensation
                                                 Appeal Board
                                                 A15-1384